IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JARRETT LOPEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>California Highway Patrol Officers F.<br>BANUELOS (18068) et al.,<br><br>          Defendants.<br>_____ | Case No.: 1:11-cv-00466 AWI JLT<br><br>ORDER DISCHARGING ORDER TO SHOW<br>CAUSE<br><br>(Doc. 18) |

On December 1, 2011, the Court held the mid-discovery status conference. (Doc. 18) However, there was no appearance by either party. Id. On that same day, the Court ordered counsel to show cause why sanctions should not be imposed for their failure to appear and their failure to file a joint mid-discovery status conference. Id. In addition, the Court ordered counsel to report on the status of the discovery efforts.

On December 7, 2011, counsel filed their joint report. (Doc. 19) Counsel reported that discovery was proceeding smoothly and indicated that discovery would complete according to the scheduling order. Id. at 1-2. Therefore, the Court does not set a further mid-discovery status conference.

Morever, counsel reported that their failure to participate in the mid-discovery status conference was as a result of simple negligence, complicated by other factors. The Court is well

1  aware of the usual professionalism demonstrated by these attorneys and has no doubt that counsel
2  did not willfully fail to attend the conference or prepare their joint report.  Based thereon, the order
3  to show cause is **DISCHARGED**.

5  IT IS SO ORDERED.

6  Dated:   **December 8, 2011**                                            /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE