KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
KEVIN W. REAGER, State Bar No. 178478
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5331
 Fax: (916) 322-8288
 E-mail: Kevin.Reager@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **PAUL JARRETT LOPEZ,**<br><br>                                      Plaintiff,<br><br>       v.<br><br>**CALIFORNIA HIGHWAY PATROL OFFICERS F. BANUELOS; S. SANFORD; and DOES 1 through 10, inclusive,**<br><br>                                      Defendants. | 1:11-cv-00466-AWI-JLT<br><br>**STIPULATION TO CONTINUE TRIAL TO JUNE 4, 2013; ORDER**<br><br>Judge:         The Honorable Anthony W. Ishii<br>Trial Date:   January 8, 2013<br>Action Filed: March 1, 2011 |

TO THE HONORABLE COURT:

After consulting with the court by telephone conference on December 12, 2012, the parties have agreed to continue the pending trial currently set for January 8, 2013. The parties have consulted with the courtroom deputy and were advised that June 4, 2013, is currently available for trial. Accordingly, the parties hereby stipulate to continuing the trial date to June 4, 2013.

/ / /

/ / /

/ / /

/ / /

1

IT IS SO STIPULATED.

Dated:  December 13, 2012                              Respectfully submitted,


                                                            LAW OFFICES OF JORGE GONZALEZ


                                                            /s/ Jorge Gonzalez
                                                           JORGE GONZALEZ
                                                           *Attorneys for Plaintiff*


Dated:  December 13, 2012                              Respectfully submitted,

                                                           KAMALA D. HARRIS
                                                           Attorney General of California
                                                           PETER A. MESHOT
                                                           Supervising Deputy Attorney General


                                                           /s/ Kevin W. Reager

                                                           KEVIN W. REAGER
                                                           Deputy Attorney General
                                                           *Attorneys for Defendants*


IT IS SO ORDERED.  The parties are hereby advised that no further extensions shall be granted absent a showing of manifest injustice.  All pending pre-trial filing deadlines and hearing dates are vacated.  The court will issue a new pre-trial order consistent with the June 4, 2013, trial date.


IT IS SO ORDERED.

Dated:  December 13, 2012                              _____
                                                                  UNITED STATES DISTRICT JUDGE