Jorge Gonzalez, C.B.N. 100799
A PROFESSIONAL CORPORATION
2485 Huntington Drive, Suite 238
San Marino, California 91108
Telephone: (213) 598-3278
E-mail: jggorgeous@aol.com

Attorneys for Plaintiff PAUL JARRETT LOPEZ

**FILED**

MAY 16 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| PAUL JARRETT LOPEZ, | Case No.: CV-11-00466 AWI (JLT) |
| Plaintiff, | JOINT STIPULATION OF DISMISSAL OF DEFENDANT SALLY CARRASCO (aka SANFORD) |
| vs. | |
| California Highway Patrol officers F. BANUELOS (18068), S. SANFORD (017576), and DOES 1 through 10, inclusive, each of whom is sued individually and in their official capacity as police officers, | Pre-Trial Cf: May 20, 2103
Time: 1:30 p.m.
Crtrm: Department 2 |
| Defendants. | Trial: June 4, 2013 |

The parties hereby submit the following stipulation regarding the dismissal of Defendant SALLY CARRASCO (originally sued as SANFORD):

WHEREAS upon final review of the evidence Plaintiff has determined that Officer Carrasco did not deploy the Taser against Plaintiff, did not use excessive

JOINT STIPULATION OF DISMISSAL OF DEFENDANT SALLY CARRASCO - 1

1  force against Plaintiff, and the evidence does not support a conclusion that Officer
2  Carrasco was in a position or had time to prevent Defendant Officer Banuelos from
3  deploying the Taser against Plaintiff,

5  IT IS HEREBY STIPULATED BY THE PARTIES that Officer SALLY
6  CARRASCO is hereby dismissed with prejudice as a Defendant in this matter, and
7  she will remain available to testify as a witness for either party.

8  Dated: May 15, 2013                LAW OFFICES OF JORGE GONZALEZ

10                                      By:   /S/ Jorge Gonzalez
                                              JORGE GONZALEZ, ESQ.

        Attorney for Plaintiff

14  Dated: May 15, 2013                KAMALA D. HARRIS
                                       Attorney General of California

17                                      By:_____
18                                            KEVIN A. REAGER
                                              Deputy Attorney General

        Attorneys for Defendants

22  **SO ORDERED.**
23  Dated: May 16, 2013

                                        _____
                                        ANTHONY W. ISHII
                                        U.S. District Court Judge

JOINT STIPULATION OF DISMISSAL OF DEFENDANT SALLY CARRASCO - 2