Jorge Gonzalez, C.B.N. 100799
A PROFESSIONAL CORPORATION
2485 Huntington Drive, Suite 238
San Marino, California 91108
Telephone: (213) 598-3278
E-mail: jggorgeous@aol.com

Attorneys for Plaintiff PAUL JARRETT LOPEZ

FILED
MAY 16 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| PAUL JARRETT LOPEZ, | Case No.: CV-11-00466 AWI (JLT) |
| Plaintiff, | JOINT STIPULATION OF DISMISSAL OF DEFENDANT SALLY CARRASCO (aka SANFORD) |
| vs. | |
| California Highway Patrol officers F. BANUELOS (18068), S. SANFORD (017576), and DOES 1 through 10, inclusive, each of whom is sued individually and in their official capacity as police officers, | Pre-Trial Cf: May 20, 2103
Time: 1:30 p.m.
Crtrm: Department 2 |
| Defendants. | Trial: June 4, 2013 |

The parties hereby submit the following stipulation regarding the dismissal of Defendant SALLY CARRASCO (originally sued as SANFORD):

WHEREAS upon final review of the evidence Plaintiff has determined that Officer Carrasco did not deploy the Taser against Plaintiff, did not use excessive

JOINT STIPULATION OF DISMISSAL OF DEFENDANT SALLY CARRASCO - 1

force against Plaintiff, and the evidence does not support a conclusion that Officer Carrasco was in a position or had time to prevent Defendant Officer Banuelos from deploying the Taser against Plaintiff,

IT IS HEREBY STIPULATED BY THE PARTIES that Officer SALLY CARRASCO is hereby dismissed with prejudice as a Defendant in this matter, and she will remain available to testify as a witness for either party.

Dated: May 15, 2013                LAW OFFICES OF JORGE GONZALEZ


By:   /S/ Jorge Gonzalez
      JORGE GONZALEZ, ESQ.

Attorney for Plaintiff


Dated: May 15, 2013                KAMALA D. HARRIS
                                   Attorney General of California



By:_____
      KEVIN A. REAGER
      Deputy Attorney General

Attorneys for Defendants


**SO ORDERED.**

Dated: May 16, 2013

_____
ANTHONY W. ISHII
U.S. District Court Judge

JOINT STIPULATION OF DISMISSAL OF DEFENDANT SALLY CARRASCO - 2