1

2

3          IN THE UNITED STATES DISTRICT COURT FOR THE

4              EASTERN DISTRICT OF CALIFORNIA

5

6    PAUL JARRETT LOPEZ,                   )      1:11-CV-466  AWI JLT
                                           )
7                    Plaintiff,            )
           v.                              )      ORDER ON EX PARTE
8                                          )      APPLICATION TO SHORTEN
     California Highway Patrol Officer F.   )      TIME
9    BANUELOS (18068), et. al.,            )
                                           )      (Doc. No. 48)
10                   Defendants.           )
     _____)

11

12

13         On May 27, 2013, Plaintiff's counsel filed a motion to continue the trial and to disqualify

14   defense counsel based on an alleged violation of California Rule of Professional Conduct 5-100.

15   Because trial is set for June 4, 2013, Plaintiff requests ex parte that the Court shorten the normal

16   28-day time frame for hearing motions.  After considering the submissions of Plaintiff's counsel,

17   the Court will shorten time and issue an expedited briefing schedule.

18

19         Accordingly, IT IS HEREBY ORDERED that:

20   1.    Plaintiff's ex parte application to shorten time is GRANTED;

21   2.    Defense counsel shall file a response to Plaintiff's motions to continue the trial date and

22         to disqualify on or by 10:00 a.m. on Thursday, May 30, 2013;

23   3.    Hearing on the motions will be held on Friday, May 31, 2013, at 1:30 p.m. in Courtroom

24         No. 2.

25   IT IS SO ORDERED.

26
     Dated:    May 28, 2013        _____
27                                          SENIOR  DISTRICT  JUDGE

28