IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JARRETT LOPEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>California Highway Patrol Officer F. BANUELOS (18068), et. al.,<br><br>  Defendants. | 1:11-CV-466  AWI JLT<br><br>ORDER ON EX PARTE APPLICATION TO SHORTEN TIME<br><br>(Doc. No. 48) |

On May 27, 2013, Plaintiff's counsel filed a motion to continue the trial and to disqualify defense counsel based on an alleged violation of California Rule of Professional Conduct 5-100. Because trial is set for June 4, 2013, Plaintiff requests ex parte that the Court shorten the normal 28-day time frame for hearing motions. After considering the submissions of Plaintiff's counsel, the Court will shorten time and issue an expedited briefing schedule.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's ex parte application to shorten time is GRANTED;
2. Defense counsel shall file a response to Plaintiff's motions to continue the trial date and to disqualify on or by 10:00 a.m. on Thursday, May 30, 2013;
3. Hearing on the motions will be held on Friday, May 31, 2013, at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:   May 28, 2013

_____
SENIOR  DISTRICT  JUDGE