IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JARRETT LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>California Highway Patrol Officer F. BANUELOS (18068), et. al.,<br><br>    Defendants. | 1:11-CV-466  AWI JLT<br><br>ORDER VACATING HEARING ON MOTION TO DISQUALIFY |

    Currently pending before this Court is Plaintiff's motion to disqualify opposing counsel. Hearing on this matter is set for July 1, 2013, at 1:30 p.m.  The Court has reviewed the submissions of the parties and has determined that this matter is suitable for decision without oral argument.  Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 1, 2013, is VACATED, and the parties shall not appear at that time.  As of July 1, 2013, the Court will take this motion to disqualify under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 26, 2013

                                      SENIOR DISTRICT JUDGE