UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL JARRETT LOPEZ,**<br><br>   **Plaintiff**<br><br>   v.<br><br>**CALIFORNIA HIGHWAY PATROL OFFICERS F. BANUELOS and S. SANFORD, and DOES 1-10 inclusive,**<br><br>   **Defendants** | **CASE NO. 1:11-CV-466 AWI JLT**<br><br>**ORDER VACATING APRIL 7, 2014 HEARING AND SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION IN LIMINE** |

Trial in this matter was reset to April 8, 2014. Prior to resetting the trial date, on September 6, 2013, the Court granted in part and denied in part a motion to disqualify defense counsel. See Doc. No. 63. As part of that order, the Court ordered Plaintiff to notify the Court whether he wished to file an additional motion in limine regarding drug use. See id. Plaintiff was to notify the Court at the same time that the parties submitted their agreed upon trial dates. See id. Instead of following the Court's order, Plaintiff filed a motion in limine regarding drug use on March 10, 2014, and set a hearing date for April 7, 2014. See Doc. No. 67. Despite Plaintiff's failure to follow proper procedures and orders, the Court believes that it is appropriate to address the issue raised by the motion in limine. Therefore, the Court will set a briefing schedule and will vacate the April 7, 2014 hearing date.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants shall file an opposition to Plaintiff's motion in limine (Doc. No. 67) on or by 1:00 p.m. on March 20, 2014;
2. Plaintiff shall file a reply on or by 10:00 a.m. on March 25, 2014;
3. If the Court does not issue a written ruling prior to April 8, 2014, the Court will hear arguments and will rule on the motion in limine on April 8, 2014 at 8:30 a.m.; and
4. The April 7, 2014 hearing date is VACATED.

IT IS SO ORDERED.

Dated:   March 12, 2014

SENIOR DISTRICT JUDGE