UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JARRETT LOPEZ,<br><br>**Plaintiff**<br><br>v.<br>**CALIFORNIA HIGHWAY PATROL<br>OFFICERS F. BANUELOS and S.<br>SANFORD, and DOES 1-10 inclusive,**<br><br>**Defendants** | **CASE NO. 1:11-CV-466 AWI JLT**<br><br>**ORDER FOR CLERK TO SEND<br>CONSENT FORMS AND FOR PARTIES<br>TO RESPOND THERETO** |

This action is set for jury trial on April 8, 2014.  At this time, a criminal case also is set for this date, and a lengthy civil case is scheduled to begin on April 1.

Out of fairness, the Court believes it is necessary to forewarn litigants that the Fresno Division of the Eastern District of California now has the heaviest District Judge caseload in the entire nation.   While the Court will use its best efforts to resolve this case and all other civil cases in a timely manner, the parties are admonished that not all of the parties' needs and expectations may be met as expeditiously as desired.   As other trials are now set to begin on or just prior to April 8, the parties may find their case trailing with little notice before the trial begins.  The law requires the Court to give any criminal case priority over civil trials and other matters, and the Court must proceed with criminal trials even if a civil trial is older or was set earlier.  If multiple trials are scheduled to begin on the same day, this civil trial may trail day to day or week to week until completion of any criminal case or older civil case.

The parties are reminded of the availability of a United States Magistrate Judge to conduct all proceedings in this action.  A United States Magistrate Judge is available to conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil

1  Procedure 73, and Local Rule 305.  The parties are advised that the same jury pool is used by both

2  United States Magistrate Judges and United States Article III District Court Judges.  Any appeal

3  from a judgment entered by a United States Magistrate Judge is taken directly to the United States

4  Court of Appeal for the Ninth Circuit.  As such, the Court will direct the Clerk of the Court to

5  provide the parties with the Court's standard form to consent to or decline Magistrate Judge

6  jurisdiction. By 10:00 a.m. on March 20, 2014, the parties shall either consent to or decline

7  Magistrate Judge jurisdiction by filling out the requisite forms and returning them to the Court.

8          Finally, for the parties' information, the Fresno Division, whenever possible, is utilizing

9  United States Article III District Court Judges from throughout the country as Visiting Judges.

10 Pursuant to the Local Rules, Appendix A, if such reassignments occur, they will be random, and

11 the parties will receive no advance notice before their case is reassigned to an Article III District

12 Court Judge from outside of the Eastern District of California.

13         The parties are hereby informed that no substantive rulings or decisions will be affected by

14 whether a party chooses to consent.

15         Accordingly, IT IS HEREBY ORDERED that:

16 1.      The Clerk of the Court is DIRECTED to provide the parties with the forms that will

17         allow them to consent to or decline Magistrate Judge Jurisdiction; and

18 2.      By 10:00 a.m. on March 20, 2014, the parties shall notify the Court whether they

19         consent to or decline Magistrate Judge jurisdiction by filling out the enclosed forms

20         and returning them to the Court.

21

22

23

24 IT IS SO ORDERED.

25 Dated:   March 12, 2014                          _____

26                                                  SENIOR  DISTRICT  JUDGE

27

28